**Mark Louis NELSON, Appellant**

v.

**Crystal Dawn STARK–NELSON, Appellee**

NO. 03–14–00569–CV

Court of Appeals of Texas, Austin.

Filed: November 26, 2014

Michelle Lubbert, Tuck & Kizer Law Group, P.L.L.C., Bastrop, TX, for appellant.

Aleta Peacock, Law Office of Aleta Peacock, Bastrop, TX, for appellee.

Before Chief Justice Jones, Justices Rose and Goodwin

### *MEMORANDUM OPINION*

Melissa Goodwin, Justice

Appellant Mark Louis Nelson has filed a motion to dismiss this appeal. His attorney has certified that the motion is not opposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

**Toni PATRICK, Appellant,**

v.

**BOLD ROOFING CO., Appellee.**

No. 08–15–00148–CV

Court of Appeals of Texas, El Paso.

July 8, 2015

Eliot D. Shavin, for Toni Patrick.

Stephen Niermann, for Bold Roofing Co.

Before McClure, C.J., Rodriguez, and Hughes, JJ.

### *MEMORANDUM OPINION*

ANN CRAWFORD McCLURE, Chief Justice

Pending before the Court is the joint motion of Appellant, Toni Patrick, and Appellee, Bold Roofing Company, to vacate the trial court's judgment. *See* Tex. R. App. P. 42.1(a)(2). The motion is granted. Accordingly, the trial court's judgment is set aside and the cause is remanded to the trial court for further proceedings in accordance with the parties' agreement. The motion does not address costs. Accordingly, costs of the appeal are taxed against Appellant. *See* Tex. R. App. P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant").